UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MATTHEW COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:06-cv-00179-WMA |
| ) | |
| JAMES FINLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

On July 21, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by defendants Jack Wallace, Page Walley and Charles Cleveland is due to be and hereby is GRANTED. It is further ORDERED, ADJUDGED and DECREED that the Motion to Dismiss filed by defendant Roderick Graham is due

to be and hereby is GRANTED.  It is further ORDERED, ADJUDGED and DECREED that the Motion to Dismiss filed by defendants Oliver Gilmore, J. Gary Pate, James Finley, Brendette Brown Green, Sandra H. Storm and Elise Barclay is due to be and hereby is GRANTED.  It is further ORDERED, ADJUDGED and DECREED that plaintiff's claims against defendant Andra Sparks are due to be and hereby are DISMISSED WITH PREJUDICE.  This action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

    DONE this 11th day of August, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE